**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6758**

_____

VINCENT JOHN HALL,

Plaintiff - Appellant,

versus

JAMES DAVID WATSON; TRACY FINKLEA, Detective,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  R. Bryan Harwell, District Judge. (6:06-cv-03110-RBH)

_____

Submitted:  December 20, 2007       Decided:  December 27, 2007

_____

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Vincent John Hall, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent John Hall appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hall v. Watson</u>, No. 6:06-cv-03110-RBH (D.S.C. May 11, 2007). Hall's motion for preparation of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>